United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26cr386-BJC |
| Plaintiff, | 26-MJ-0158-KSC-05 |
| v. | **Information** |
| RAUL SANCHEZ SANDOVAL, | Title 8, U.S.C., § 1325(a)(1) – Attempted Improper Entry by an Alien (Misdemeanor); |
| Defendant. | Title 8, U.S.C., § 1326(a) – Attempted Reentry of Removed Alien (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about January 13, 2026, outside of the jurisdiction of any particular district, the defendant, Raul Sanchez Sandoval, an alien who was first brought to the Southern District of California, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers and committed an overt act, namely, boarding a vessel in Mexico headed to the United States, that was a substantial step toward committing the offense; all in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

<u>Count 2</u>

On or about January 13, 2026, outside of the jurisdiction of any particular district, the defendant, Raul Sanchez Sandoval, an alien who was first brought to the Southern

*:*:1/26/2026

District of California, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported, and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, namely, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense; all in violation of Title 8, United States Code, Section 1326(a).

Dated: __2/4/2026_____ .

ADAM GORDON
United States Attorney

_____
THOMAS J. SOMMER
Special Assistant U.S. Attorney